**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

---

LUIS ANTONIO MIZHIRUMBAY PAUCAR,

Petitioner,

v. No. 1:26-cv-00121-MLG-JHR

TODD LYONS, in his capacity as Acting Director, Immigration and Customs Enforcement; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; PAMELA BONDI, U.S. Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; WARDEN, of Otero County Processing Center, Chaparral, New Mexico,

Respondents.

**ORDER TO SHOW CAUSE FOR FAILURE TO COMPLY WITH THE COURT'S ORDER DIRECTING RESPONDENTS TO CONDUCT A BOND HEARING PURSUANT TO 8 U.S.C. § 1226(a)**

This matter is before the Court sua sponte. On February 5, 2026, the Court ordered federal Respondents to provide Petitioner Luis Antonio Mizhirumbay Paucar "with an individualized bond hearing pursuant to § 1226(a) before a neutral immigration judge within seven days" of the Order's filing. Doc. 10 at 4. Federal Respondents were further ordered to file a status report within ten days of the Order's filing. *Id.* The Court warned that failure to provide Mizhirumbay Paucar with a bond hearing in accordance with the February 5 Order would result in his immediate release. *Id.*

No status report was filed, and the deadline for doing so has passed.[1] Federal Respondents are ordered to show cause why they did not submit a status report.[2] They are further ordered to

---

[1] The deadlines in the Court's February 5 Order were to be calculated in accordance with Federal Rule of Civil Procedure 6. *See* Doc. 10 at 4 n.4.

[2] No response is required from the Warden of the Otero County Processing Center.

inform the Court when Mizhirumbay Paucar's bond hearing occurred, if bond was granted or denied, and, if bond was denied, the reason(s) for the denial. A response is due by 2 p.m. Thursday, February 19, 2026.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA