IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LUIS ANTONIO MIZHIRUMBAY PAUCAR,

    Petitioner,

v.                                      No. 1:26-cv-00121-MLG-JHR

TODD LYONS, in his capacity as Acting
Director, Immigration and Customs
Enforcement; KRISTI NOEM, Secretary, U.S.
Department of Homeland Security; PAMELA
BONDI, U.S. Attorney General; EXECUTIVE
OFFICE FOR IMMIGRATION REVIEW;
WARDEN, of Otero County Processing Center,
Chaparral, New Mexico,

    Respondents.

## ORDER FOR STATUS REPORT

This matter is before the Court sua sponte. On February 5, 2026, the Court ordered federal Respondents to provide Petitioner Luis Antonio Mizhirumbay Paucar "with an individualized bond hearing pursuant to § 1226(a) before a neutral immigration judge within seven days" of the Order's filing. Doc. 10 at 4. Federal Respondents were further ordered to file a status report within ten days of the Order's filing. *Id.* No status report was filed, and the deadline for doing so has passed.

The Court entered an order on February 18, 2026, requiring federal Respondents to show cause as to why they did not submit a status report as ordered. Doc. 12 at 1-2. Federal Respondents were also directed to provide information regarding Mizhirumbay Paucar's bond hearing. *Id.* at 2. Federal Respondents did not submit a response by the 2 p.m. February 19, 2026, deadline.

Due to federal Respondents' repeated failure to comply with the Court's orders, the Court does not know whether Mizhirumbay Paucar received a bond hearing in compliance with the

1

February 5 Order. The Court therefore orders Mizhirumbay Paucar to provide the Court with a status report by 2 p.m. MST February 20, 2026. The status report shall address:

(1) whether Mizhirumbay Paucar received a bond hearing in compliance with the Court's February 5 Order;

(2) whether bond was granted or denied;

(3) if bond was denied, the reason(s) for denial;

(4) any additional information Mizhirumbay Paucar deems relevant.

It is so ordered.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA