**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

---

LUIS ANTONIO MIZHIRUMBAY PAUCAR,

Petitioner,

v. No. 1:26-cv-00121-MLG-JHR

TODD LYONS, in his capacity as Acting Director, Immigration and Customs Enforcement; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; PAMELA BONDI, U.S. Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; WARDEN, of Otero County Processing Center, Chaparral, New Mexico,

Respondents.

**JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order Partially Granting Petition for Writ of Habeas Corpus and Directing Respondents to Conduct a Bond Hearing Pursuant to 8 U.S.C. § 1226(a), *see* Doc. 10, the Court issues its separate judgment finally disposing of this civil case. It is ordered that this civil action is dismissed without prejudice.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA